IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR LEE COUNTY, FLORIDA CIVIL ACTION

FREDERICK WILLIAMS,

Plaintiff,

vs. CASE NO.

WAL-MART STORES EAST, LP,

Defendant.
_______________________________//

**COMPLAINT**
**AND DEMAND FOR JURY TRIAL**

COMES NOW the Plaintiff, Frederick Williams, by and through the undersigned attorneys, and sues the Defendant, Wal-Mart Stores East, LP, and alleges as follows:

1. This is an action for damages that exceed the Court's $50,000.00 minimum jurisdictional limits.

2. The Plaintiff, Frederick Williams, is a resident of Lee County, Florida.

3. The Defendant, Wal-Mart Stores East, LP, is a Deleware limited partnership licensed to do business for profit in the State of Florida and in Lee County, Florida.

4. The incident, which is the subject of this lawsuit, occurred in Lee County, Florida.

5. On or about July 18, 2023, Wal-Mart Stores East, LP was the owner and/or in possession of the business located at 14821 Ben C. Pratt/Six Mile Cypress Parkway, Fort Myers, Lee County, Florida. [Hereinafter to be referred to as the subject premises]. The Defendant operated a Walmart Supercenter on the subject premises. The Defendant was in charge of the day-to-day operations of said property and the Defendant had a duty to properly maintain its property and a duty to make said property reasonably safe for those persons lawfully on said property.

Because Frederick Williams was a patron and customer at the subject premises, this duty was owed to Frederick Williams. The Defendant breached its duty to Frederick Williams.

6. On or about July 18, 2023, Frederick Williams slipped and fell on water on the floor in the freezer area. Frederick Williams was injured as a result of this incident. Wal-Mart Stores East, LP is liable for his resulting injuries and damages.

7. The water on the floor in the freezer area was a hazardous condition on the subject premises.

8. The Defendant breached its duty to Frederick Williams. The direct and proximate cause of Frederick Williams's injuries was the following negligence of the Defendant: The Defendant created the hazardous condition and caused the hazardous condition to exist. The Defendant had actual and/or constructive knowledge of the hazardous condition, but failed to correct it. The hazardous condition had existed for such a sufficient amount of time that the Defendant had constructive knowledge of such hazardous condition, but failed to correct it. The Defendant failed to properly maintain the property. The Defendant failed to warn of the hazardous condition.

9. As a result of the negligence of Wal-Mart Stores East, LP, Frederick Williams suffered bodily injuries and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, the expense of medical care and treatment, the loss of the ability to earn money, and/or an aggravation of pre-existing conditions. These damages are permanent in nature and Frederick Williams will continue to suffer said losses in the future.

10. The Defendant, Wal-Mart Stores East, LP, is responsible and liable for these damages.

WHEREFORE the Plaintiff, Frederick Williams, hereby demands judgment for damages against the Defendant, Wal-Mart Stores East, LP, and a trial by jury of all issues so triable.

THE NORTH LAW FIRM, P.A.
Attorney for the Plaintiff
5220 Summerlin Commons Blvd., Suite 300
Fort Myers, Florida 33907
(239) 337-1191

By:______________________________
Joseph R. North, Sr., Esquire
Florida Bar No. 855812

Email Designations:
Primary: jrobertnorth@thenorthlawfirm.org
Secondary: mikelkinser@thenorthlawfirm.org
joseph@thenorthlawfirm.org
clg@thenorthlawfirm.org